UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER CAVOUNIS,
     Plaintiff,

v.

CIVIL ACTION NO.
13-10564-GAO

JOHN CHIAZZESE,
     Defendant.

## ORDER

O'TOOLE, D.J.

On March 7, 2013, Plaintiff Christopher Cavounis, a prisoner in custody at FMC Devens, filed a civil action and paid the $350.00 filing fee.

Upon review of the plaintiff's Complaint and after a preliminary screening pursuant to 28 U.S.C. § 1915A, it is hereby ORDERED that:

(1)     The Clerk shall issue a summons.

(2)     The Clerk shall send the summons, Complaint, and this Order to the Plaintiff, who must thereafter serve the Defendant in accordance with Federal Rule of Civil Procedure 4(m). Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the Plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

DATED: March 15, 2013

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE